

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Todd Okeith Smith, Appellant

No. 06-16-00108-CR          v.

The State of Texas, Appellee

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. F-14488). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that the offense of conviction is a state jail felony. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Todd Okeith Smith, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 16, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk